**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

JUL 25 2017

JEFFREY P. ALLSTEADT, CLERK
**INTAKE 2**

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: Northern District of Illinois | |
| Case number (If known): _____ | Chapter you are filing under:<br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13 |

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | ARLENE<br>First name<br><br>OTIS<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx – xx – 2 5 8 5<br>OR<br>**9** xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>**9** xx – xx – ___ ___ ___ ___ |

Official Form 101     Voluntary Petition for Individuals Filing for Bankruptcy     page 1

Debtor 1   **ARLENE OTIS**
       First Name   Middle Name   Last Name

Case number *(if known)*_____

**About Debtor 1:** / **About Debtor 2 (Spouse Only in a Joint Case):**

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☐ I have not used any business names or EINs.

Business name _____

Business name _____

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5. Where you live**

3754 W. WILSON AVE.
Number   Street

CHICAGO     IL   60625
City        State  ZIP Code

COOK
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number   Street

P.O. Box

City     State   ZIP Code

**If Debtor 2 lives at a different address:**

Number   Street

City     State   ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number   Street

P.O. Box

City     State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____

Debtor 1  **ARLENE OTIS**                          Case number (if known)_____
         First Name  Middle Name  Last Name

## Part 2: Tell the Court About Your Bankruptcy Case

7. **The chapter of the Bankruptcy Code you are choosing to file under**

   Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

   ☑ Chapter 7
   ☐ Chapter 11
   ☐ Chapter 12
   ☐ Chapter 13

8. **How you will pay the fee**

   ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

   ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

   ☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

   ☑ No
   ☐ Yes.  District _____ When _____ Case number _____
                                       MM / DD / YYYY
           District _____ When _____ Case number _____
                                       MM / DD / YYYY
           District _____ When _____ Case number _____
                                       MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

    ☑ No
    ☐ Yes.  Debtor _____ Relationship to you _____
            District _____ When _____ Case number, if known _____
                                         MM / DD / YYYY

            Debtor _____ Relationship to you _____
            District _____ When _____ Case number, if known _____
                                         MM / DD / YYYY

11. **Do you rent your residence?**

    ☐ No. Go to line 12.
    ☑ Yes. Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

      ☑ No. Go to line 12.
      ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Official Form 101       Voluntary Petition for Individuals Filing for Bankruptcy       page 3

Debtor 1  **ARLENE OTIS**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known)_____

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any _____

Number　Street _____

_____

City　　　　　　　State　ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
　　　　　　　　　　　Number　Street

_____

City　　　　　　　State　ZIP Code

Official Form 101　　　Voluntary Petition for Individuals Filing for Bankruptcy　　　page 4

Debtor 1  **ARLENE OTIS**
         First Name    Middle Name    Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ I am not required to receive a briefing about credit counseling because of:

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **ARLENE OTIS**
　　　　　First Name　　Middle Name　　Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☑ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☑ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☑ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _/s/ Arlene Otis_　　　　　　　X _____
Signature of Debtor 1　　　　　　　Signature of Debtor 2

Executed on  07/15/2017 　　　　Executed on _____
　　　　　　MM / DD /YYYY　　　　　　　　　　MM / DD /YYYY

Official Form 101　　Voluntary Petition for Individuals Filing for Bankruptcy　　page 6

Debtor 1  **ARLENE OTIS**
        First Name    Middle Name    Last Name

Case number (if known) _____

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____.
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X *Arlene Otis*                                      X _____
Signature of Debtor 1                                  Signature of Debtor 2

Date  07/15/2017                                      Date  _____
      MM / DD / YYYY                                              MM / DD / YYYY

Contact phone  (773) 961-8282                         Contact phone _____

Cell phone  (773) 663-5800                            Cell phone _____

Email address  arleneotis@comcast.net                 Email address _____

Official Form 101      Voluntary Petition for Individuals Filing for Bankruptcy      page 8

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**NATIONWIDE CREDIT INC.**
P. O. BOX 26314
LEHIGH VALLEY, PA 18002-6314

**LITTLETON COIN COMPANY**
1309 MT. EUSTIS ROAD
LITTLETON, NH 03561

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**PRESENCE HEALTH**
1643 LEWIS AVE. SUITE 203
BILLINGS, MT 59102-4151

**EOS CCA**
P. O. BOX 981002
BOSTON, MA 02298-1002

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**ARNOLD SCOTT HARRIS P.C.**
ATTORNEYS AT LAW
111 W. JACKSON BLVD. SUITE 600
CHICAGO, IL 60604-4134

**MIDLAND CREDIT MANAGEMENT INC.**
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO, CA 92108

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**NORTH SHORE AESTHETICS**
1404 TECHNY ROAD
NORTHBROOK, IL 60062-5447

**SWEDISH COVENANT HOSPITAL**
5145 N. CALIFORNIA AVE.
CHICAGO, IL 60625-3642

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**AT&T**
P.O. BOX 3002
PHOENIXVILLE, PA 19460

**DISH NETWORK**
131 TOWER PARK SUITE 100
WATERLOO, IA 5070492635

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ENTERTAINMENT**
ROCKEFELLER CENTER
NEW YORK, NY 10020

**MERCANTILE ADJUSTMENT BUREAU**
LLC FOR NCEP, LLC
P.O. BOX 9016
WILLIAMSVILLE, NY 14231-9016

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ENHANCED RECOVERY CORP**
8014 BAYBERRY ROAD
JACKSONVILLE, FL 32256-7412

**NATIONAL PEN CO. LLC CREDIT DEPT.**
12121 SCRIPPS SUMMIT DR. SUITE 200
SAN DIEGO, CA 92131

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ALLIED INTERSTATE-CHASE**
P.O. BOX 1954
SOUTHGATE, MI 481950954

**NORTHLAND GROUP INC**
P.O. BOX 390846
MINNEAPOLIS, MN 55439

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**NCEP, LLC**
P.O. BOX 1589
SUWANEE, GA 30024

**CONVERGENT OUTSOURCING INC.**
800 SW 39TH ST./P.O. BOX 9004
RENTON, WA 98057

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**HARVARD COLLECTION SERVICES INC.**
4849 N. ELSTON AVE.
CHICAGO, IL 60630-2534

**FLORIDA HOSPITAL**
P.O. BOX 38800
ORLANDO, FL 32853-8800

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

CREDIT CONTROL LLC
P.O. BOX 488
HAZELWOOD, MO 63042

UNITED CREDIT COLLECTION
BUREAU INC
5620 SOUTHWYCK BLVD. STE. 206
TOLEDO, OH 43614

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

DIAGNOSTIC RADIOLOGY
SPECIALISTS
DEPARTMENT 4062
CAROL STREAM, IL 60122-4062

ARS NATIONAL SERVICES INC
P.O. BOX 463023
ESCONDIDO, CA 92046-3023

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

CARE PAYMENT
P.O. BOX 9197
CORAL SPRINGS, FL 33075-9197

UNIVERSAL FIDELITY LP
P.O. BOX 219785
HOUSTON, TX 77218-9785

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

NORTH SHORE AGENCY INC.
270 SPAGNOLI ROAD SUITE 111
MELVILLE, NY 11747-3515

MBI, INC.
47 RICHARDS AVE.
NORWALK, CT 06857

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

BP
30 WEST WACKER DRIVE
CHICAGO, IL 60606

AFNI INC.
P.O. BOX 3517
BLOOMINGTON, IL 61702-3517

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ARNOLD S. HARRIS PC**
222 MERCHANDISE MART PLAZA,
SUITE 1932
CHICAGO, IL 60654

**SHELL PROCESSING CENTER**
P.O. BOX 9001015
LOUISVILLE, KY 40290-1015

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**CITY OF CHICAGO
DEPARTMENT OF REVENUE**
P.O. BOX 88292
CHICAGO, IL 60680-1292

**MASSEYS**
P.O. BOX 273
MONROE, WI 53566

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ASSET ACCEPTANCE LLC**
P.O. BOX 2039
WARREN, MI 48090-2039

**MIDLAND CREDIT**
DEPARTMENT 12421
P.O. BOX 603
OAKS, PA 19456

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**FBCS SERVICES**
22 BYBERRY RD. STE. 120
HATBORA, PA 190403738

**CAPITAL MANAGEMENT SERVICES LP**
726 EXCHANGE MST. SUITE 700
BUFFALO, NY 14210

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**RETRIEVAL MASTERS CREDIT
BUREAU**
4 WESTCHESTER PLAZA, SUITE 110
ELMSFORD, NY 10523

**MEDIX SELECT**
1701 3RD AVE S
ST PETERSBURG, FL 33712

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**NACS**
2810 WALKER ROAD SUITE 100
CHATTANOOGA, TN 37421

**ERC**
P.O. BOX 23870
JACKSONVILLE, FL 32241-3870

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**TOYOTA MOTOR CREDIT CORP**
P.O. BOX 5236
CAROL STREAM, IL 60197-5236

**MORTELL KEVIN W.**
1821 WALDEN OFFICES
SCHAUMBURG, IL 60173

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ATTY. GEN WELFARE**
100 W. RANDOLPH #1
CHICAGO, IL 60601

**AMO RECOVERIES**
19401 40TH AVE. W SUITE 440
LYNNWOOD, WA 98036

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**BLAZE MASTERCARD**
P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**KAPLAN CHALET LLC**
4100 COMMERCIAL AVE.
NORTHBROOK, IL 60062

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**FIRST SAVINGS CREDIT CARD**
P.O. BOX 5019
SIOUX FALLS, SD 57117-5019

**SEVENTH AVENUE**
1112 SEVENTH AVENUE
MONROE, WI 53566-1364

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**CREDIT BUREAU CENTRE**
P.O. BOX 273
MONROE, WI 53566

**FIRST NATIONAL BANK**
**LEGACY CARD**
P.O. BOX 5097
SIOUX FALLS, SD 57117-5097

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**CAPITAL ONE**
ATTN: GENERAL CORRESPONDENCE
P.O. BOX 30285
SALT LAKE CITY, UT 84130-0287

**CREDIT ONE BANK**
P.O. BOX 98873
LAS VEGAS, NV 89193-8873

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**MID AMERICA BANK & TRUST**
216 W. SECOND STREET
DIXSON, MO 65459

**BANK OF AMERICA**
100 N. TRYON STREET
CHARLOTTE, NC 28255

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**CAPITAL ONE**
P.O. BOX 15521
WILMINGTON, DE 19850

**TARGET CORPORATE**
TARGET PLAZA NORTH/SOUTH
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**BRYANT STATE BANK**
124 W. MAIN AVENUE
P.O. BOX 215
BRYANT, SD 57221

**AMERIMARK**
P.O. BOX 2845
MONROE, WI 53566-8045

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**GINNY'S**
1112 7TH AVE
MONROE, WI 53566-1364

**HOME DEPOT CREDIT SERVICES**
P.O. BOX 790328
ST. LOUIS, MO 63179

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**MERRICK BANK CUSTOMER SERVICE**
P.O. BOX 66702
DALLAS, TX 75266-0702

**WALMART CREDIT CARD**
P.O. BOX 530927
ATLANTA, GA 30353-0927

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**LUMINESS LTD.**
17 WYE ESTATE, LONDON RD.
HIGHWAY WYCOMBE HPIL ILH
UK

**WEST ASSET MANAGEMENT INC.**
P. O. BOX 790113
ST. LOUIS, MO 63179-0113

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**GS SERVICES COLLECTIONS LIMITED PARTNERSHIP**
P.O. BOX 2667
6330 GULFTON
HOUSTON, TX 77252-2667

**ON WEST 33**
P.O. BOX 1022
WIXOM, MI 48393-1012

OTIS
3754 W. WILSON
CHICAGO, IL 60625

OTIS
3754 W. WILSON
CHICAGO, IL 60625

**ERS SOLUTIONS**
800 SW 39TH ST
P.O. BOX 9004
RENTON, WA 98057

**AT&T**
P.O. BOX 8100
AURORA, IL 60507-8100

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**BALANCED HEALTHCARE
RECEIVABLES**
P.O. BOX 9577
MANCHESTER, NH 03108-9577

**MRS INNOVATIVE SOLUTIONS**
1930 OLNEY AVE.
CHERRY HILL, NJ 08003

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**DIAGNOSTIC RADIOLOGY
SPECIALISTS**
DEPARTMENT 4062
CAROL STREAM, IL 60122-4062

Customer Name]
[Street Address]
[City, ST  ZIP Code]

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**EOS**
700 LONGWATER DRIVE
NORWELL, MA 02061

**CITY OF CHICAGO**
DEPARTMENT OF REVENUE
P.O. BOX 804556
CHICAGO, IL 60680-4107

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**GS SERVICES LIMITED PARTNERSHIP
COLLECTION AGENCY**
P.O. BOX 2667
HOUSTON, TX 77252-2667

**GS SERVICES COLLECTION DIVISION**
6330 GULFTON
HOUSTON, TX 77081

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

**MCM**
8875 AERO DRIVE, SUITE 200
SAN DIEGO, CA 92123

**MAINSTREET ACQUISITION CORP**
304 ROSS STREET, 7TH FLOOR
SUITE 703
PITTSBURGH, PA 15219

9

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

ROAMANS/WORLD FINANCIAL
NETWORK
2300 SOUTHEASTERN AVE.
INDIANAPOLIS, IN 46201

UNIVERSAL FIDELITY LP
P. O. BOX 219 785
HOUSTON, TX 77218-9785

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

WALGREENS
P.O. BOX 90486
CHICAGO, IL 60696-0486

VIRGIN MOBILE CORP.
10 INDEPENDENCE BLVD.
WARREN, NJ 07059

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

SYNCHRONY BANK
P.O. BOX 965022
ORLANDO, FL 32896-5022

T-MOBILE USA, INC.
12920 SE 38TH ST.
BELLEVUE, WA 98006

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

OTIS
3754 W. WILSON AVE.
CHICAGO, IL 60625

VERIZON
P.O. BOX 4846
TRENTON, NJ 08650-4846

VERIZON
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of Illinois

In re ARLENE OTIS                                                   Case No._____
        Debtor                                                                              (if known)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.                                              Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: _____

Date: 07/15/2017